Douglas E. Geyman (SBN 159417)
LAW OFFICES OF DOUGLAS E. GEYMAN
750 B Street, Suite 2870
San Diego, CA 92101
Tel: 619.232.3533
Fax: 619.232.3533
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANI TIDWELL, an individual,<br><br>           Plaintiff,<br><br>v.<br><br>QUECHAN INDIAN TRIBE d/b/a QUECHAN CASINO RESORT, et al.<br><br>           Defendant. | Case No. 14-cv-1281 DMS BGS<br><br>**PLAINTIFF YANI TIDWELL'S NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), Plaintiff YANI TIDWELL voluntarily dismisses the above-captioned action without prejudice.

Dated: July 23, 2014

LAW OFFICES OF DOUGLAS E. GEYMAN

By   /s/ Douglas E. Geyman
     DOUGLAS E. GEYMAN

*Attorney for Plaintiff*
YANI TIDWELL